DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVANHOE ESTATES HOMEOWNERS ASSOCIATION, INC.,**
Appellant,

v.

**ANTONIO WARD,**
Appellee.

No. 4D2023-0946

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-19-022931.

Jay M. Levy of Jay M. Levy, P.A., Miami, and Keith Diamond of the Law Office of Keith Diamond, PA, Hollywood, for appellant.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***